

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2021

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ,**
Appellant

v.

**VANTAGE BANK,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant filed a notice of appeal stating her intention to appeal the trial court's June 15, 2021 Final Summary Judgment. Subsequently, the clerk's record was filed but it does not contain a final judgment signed by the trial court.

Generally, our appellate jurisdiction is limited to review of final, appealable orders or judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment").

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court